UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRIDA GAVRIELOVA and RAUL ESTEVEZ on behalf of themeselves and all other similarly situated consumers

1:17-cv-01534

*The Clerk of the Court is directed to close this case.*

*So Ordered.*

s/RJD, USDJ
6/27/17

Plaintiff,

-against-

ARS NATIONAL SERVICES INC

Defendant.

**STIPULATION OF DISMISSAL**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 27 2017 ★
BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
June 24, 2017

Dated: Florham Park, NJ
June 24, 2017

/s/ Igor Litvak
Igor Litvak, Esq.
The Litvak Law Firm, PLLC
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
Facsimile: (718) 989-2908
E-mail: Igor@LitvakLawNY.com

/s/ Peter G. Siachos
Peter G. Siachos, Esq.
Gordon & Rees LLP
Attorney for the Defendant
18 Columbia Turnpike Suite # 200
Florham Park, NJ 07932
Office: (973) 549-2500
Fax: (973) 377-1911
E-mail: psiachos@gordonrees.com